1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  MARC KNOLL,                              CASE NO. C23-0005JLR

11                          Plaintiff,       MINUTE ORDER

12          v.

13  GUARD-ALL BUILDING
    SOLUTIONS MANUFACTURING
14  LLC, et al.,

15                          Defendants.

16          The following minute order is made by the direction of the court, the Honorable

17  James L. Robart:

18          Before the court are:  (1) Defendant Guard-All Building Solutions Manufacturing,

19  LLC's ("GABS") motion to compel arbitration and dismiss Plaintiff Marc Knoll's

20  complaint (GABS MTD (Dkt. # 6)); (2) Defendant Pfeifer Structures (US) Holding,

21  Inc.'s ("PS") motion to dismiss Mr. Knoll's complaint for lack of personal jurisdiction

22  (PS MTD (Dkt. # 7)); and (3) Defendant Adam Auten's motion to dismiss Mr. Knoll's

1    complaint for lack of personal jurisdiction (AA MTD (Dkt. # 8)).  On January 30, 2023,

2    Mr. Knoll voluntarily dismissed his claims against Defendants GABS, PS, and Mr.

3    Auten.  (Not. Dismissal (Dkt. # 11) ("[T]his action is voluntarily dismissed in its entirety

4    and without prejudice.").)

5         In light of Mr. Knoll's voluntary dismissal of this action, the court DENIES

6    GABS's motion to compel arbitration (Dkt. # 6), PS's motion to dismiss (Dkt. # 7), and

7    Mr. Auten's motion to dismiss (Dkt. # 8) as MOOT.  The Clerk is DIRECTED to close

8    this case.

9         Filed and entered this 31st day of January, 2023.

10                              RAVI SUBRAMANIAN
                              Clerk of Court
11

12                              s/ Ashleigh Drecktrah
                              Deputy Clerk
13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2